IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MERWYN ELOISE STUBBENDECK,            )            Case No. 4:09cv3154
Individually and as Special Administratrix   )
of the Estate of Edgar Stubbendeck,          )
Deceased ,                                              )
                                                             )            ORDER OF DISMISSAL
                    Plaintiff,                           )               WITH PREJUDICE
                                                             )
        vs.                                               )
                                                             )
DAVID CLAYTON OLIVER, and             )
LINCOLN GENERAL INSURANCE          )
COMPANY, a Pennsylvania Corporation,    )
                                                             )
                    Defendants.                       )

This matter is before the Court upon the Stipulation and Joint Motion of the parties for dismissal.  Upon consideration of said Stipulation and Joint Motion, the Court finds that the Order should be entered accordingly.

IT IS THEREFORE ORDERED that the Plaintiff's Petition and all claims of relief stated therein against the Defendant be, and they are hereby dismissed with prejudice, complete record waived, and with costs taxed to the parties incurring the same.

Dated this 16th day of February, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge

363449